UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA S. F., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:24-cv-01382-GCS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER AWARDING ATTORNEY'S FEES

**SISON, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Award Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 23). Defendant does not oppose the amount of the fee requested. *Id.* Based on the pleadings, it is hereby **ORDERED** that Plaintiff is awarded $7,064.70 for attorney's fees and expenses in full satisfaction of any and all claims for attorney's fees and expenses that may be payable to Plaintiff in this matter under the EAJA.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 593 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney, Cody Marvin, pursuant to the EAJA assignment duly signed by Plaintiff.

If payment is mailed, as opposed to electronically deposited, it shall be mailed to counsel's address of record:

Cody T. Marvin
Marvin & Associates, P.C.
630 Davis Street, Suite 300
Evanston, IL 60201

**IT IS SO ORDERED.**

**DATED:  March 5, 2025.**

Digitally signed by
Judge Sison
Date: 2025.03.05
14:32:40 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**